UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DEKISHA JONES,

     Plaintiffs,

     v.

BRUCE COOMBS and
DB&T STEPHENS & COMPANY,

     Defendants.

Case No. 09-933-JPG

## MEMORANDUM AND ORDER

     This matter comes before the Court on Plaintiff Dekisha Jones and Defendant Bruce

Coombs' joint Motion (Doc. 14) to voluntarily dismiss Defendant DB&T Stephens & Company

("DB&T").  The Court construes said motion to be made under Federal Rule of Civil Procedure

41(a)(2).  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party

has filed an answer or motion for summary judgment and in the absence of a stipulation of

dismissal of an entire case from all the parties.  Fed. R. Civ. P. 41(a)(2).

     Being fully advised of the premises, the Court **GRANTS** the instant motion, whereby the

Court **DISMISSES DB&T without prejudice**.  The Court **DIRECTS** the Clerk of Court to

enter judgment accordingly at the close of this case.

**IT IS SO ORDERED.**
**Dated: April 12, 2010**

                                <u>s/ J. Phil GIlbert</u>
                                **J. PHIL GILBERT**
                                **DISTRICT JUDGE**