UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DEKISHA JONES,

      Plaintiff,

v.

BRUCE COOMBS,

      Defendant.

Case No. 09-cv-933-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the above-captioned parties' Stipulation of Dismissal (Doc. 25) with prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation.  Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: January 7, 2011**

                                                                              s/ J. Phil Gilbert
                                                                              **J. PHIL GILBERT**
                                                                              **DISTRICT JUDGE**