UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DEKISHA JONES,

      Plaintiff,

  v.                                      Case No. 09-cv-933-JPG

BRUCE COOMBS and
DB&T STEPHENS & COMPANY,

      Defendants.

## JUDGMENT

This matter having come before the Court on Plaintiff Dekisha Jones and Defendant Bruce Coombs' Joint Motion for Voluntary Dismissal (Doc. 14) of Defendant DB&T Stephens & Company, which the Court granted on April 12, 2010, and this matter also having come before the Court on Jones and Coombs' Stipulation of Dismissal (Doc. 25),

IT IS HEREBY ORDERED AND ADJUDGED that DB&T Stephens & Company is dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Coombs is dismissed with prejudice.

                                                    **NANCY J. ROSENSTENGEL, CLERK**

**Dated: January 7, 2011**                    s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**